**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BACKGRID USA, INC., <br><br>             Plaintiff, <br><br>     v. <br><br>CITIZENS OF HUMANITY, LLC, <br><br>             Defendant. | Case No. 2:19-cv-06078-CJC (MRWx) <br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** <br><br><br>Hon. Cormac J. Carney |
| CITIZENS OF HUMANITY, LLC, <br><br>             Counterclaimant, <br><br>     v. <br><br>BACKGRID USA, INC., <br><br>             Counter-defendant. | |

The Court, having read and considered the parties' stipulation to dismiss this action with prejudice, and good cause appearing, **ORDERS** that the stipulation is **GRANTED**.

It is further **ORDERED** that this action, including all claims and counterclaims, and which was previously dismissed without prejudice, is hereby dismissed with prejudice with each side to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: August 14, 2020

Cormac J. Carney
U.S. District Judge